**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**LORA MADONNA JACKSON, et al.**                                             **PLAINTIFF (S)**

**VS**                           **CIVIL ACTION NO. 3:12CV-154-H**

**E-Z-GO**                                    **DEFENDANT(S)**

**O R D E R**

The above-styled action came before the undersigned for a telephonic motion conference on June 17, 2014 regarding pending motion (DN# 51). Participating on behalf of the plaintiff-Lora MaDonna Jackson, Ms. Ann B. Oldfather. On behalf of plaintiff-Charles T. Jackson-Estate, Mr. P. Kevin Ford. On behalf of the defendant-E-Z-GO, Mr. Larry C. Deener.

After discussions with counsel, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the motion to compel (DN#51) is **granted in part, to the extent** that the defendant shall produce information on all incidents that Jim Fisher or his predecessor collected and/or entered into the TeamConnect database. **This shall be produced to the plaintiff within 30 days of this order.**

**IT IS FURTHER ORDERED** that the **pretrial conference scheduled in this matter remains on the Court's Docket for October 24, 2014. At that time, the parties shall be prepared to set expert report deadlines, if not already scheduled.** Also, the Court will schedule a trial date at that time.

Date: June 18, 2014

Court Time: 01/05

CC: all counsel