UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:12-CV-00154-TBR-LLK
*Electronically filed*

LORA MADONNA JACKSON, et al                         PLAINTIFFS

v.                 **PLAINTIFF'S MOTION TO COMPEL
AND
MOTION TO CLARIFY ORDERS**

TEXTRON INC., d/b/a E-Z-GO, et al                    DEFENDANTS

\* \* \* \* \* \* \* \*

Plaintiff, Lora Madonna Jackson, individually and as Administratrix of the Estate of Jordan Jackson, moves the Court to compel Defendant, Textron, Inc., d/b/a E-Z-GO ("Textron") to fully respond to her discovery requests seeking information and documents about other incidents involving E-Z-GO vehicles. Plaintiff has been stymied in her attempt to prosecute this case by Textron's failure to conduct a diligent search for all documents and information in its possession and subject to its control. For the reasons set forth herein and in Plaintiff's Memorandum in Support, Plaintiff requests that the Court enter the attached Order requiring Textron to fully comply with the discovery requests and its obligations under the Federal Rules of Civil Procedure. Plaintiff further moves the Court to Clarify the Orders of July 21, 2015 and January 20, 2016.

A proposed order and memorandum in support are attached.

Respectfully submitted,

*/s/ Ann B. Oldfather*
Ann B. Oldfather
R. Sean Deskins
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, Kentucky 40208
(502) 637-7200
*Counsel for Plaintiff, Lora Madonna Jackson, Individually and as Administratrix of the Estate of Jordan Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Larry C. Deener | P. Kevin Ford |
| Elizabeth A. Deener | FORD LAW OFFICE |
| LANDRUM & SHOUSE, LLP | 161 St. Matthews Ave., #14 |
| P.O. Box 951 | Louisville, KY 40207 |
| Lexington, KY 40588-0951 | *Counsel for Carmine T. Jackson,* |
| *Counsel for Defendant, Textron Inc.* | *as Administratrix of the Estate of* |
| | *Charles Thomas Jackson, Jr.* |

I further certify that on this 9th day of May, 2016, a copy of the following was served via United States mail, first class, to the following:

| | |
|---|---|
| Keith P. O'Neill | Dianne O'Neill |
| 827 W. Florence Ave. | 827 W. Florence Ave. |
| Louisville, Kentucky 40214 | Louisville, Kentucky 40214 |
| *Pro Se Defendant* | *Pro Se Defendant* |

*/s/ Ann B. Oldfather*

2